**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 17-82-LPS-CJB |
| v. ) ) | **JURY TRIAL DEMANDED** |
| BLACKBERRY LIMITED and BLACKBERRY CORPORATION, ) ) ) ) | |
| Defendants. ) ) | |
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 17-84-LPS-CJB |
| v. ) ) | **JURY TRIAL DEMANDED** |
| LENOVO GROUP LTD., LENOVO HOLDING CO., INC., LENOVO (UNITED STATES) INC. and MOTOROLA MOBILITY LLC, ) ) ) ) ) | |
| Defendants. ) ) | |
| 3G LICENSING, S.A., KONINKLIJKE KPN N.V., and ORANGE S.A., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 17-85-LPS-CJB |
| v. ) ) | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS INC., LG ELECTRONICS, U.S.A., INC. and LG ELECTRONICS MOBILECOMM U.S.A., INC., ) ) ) ) ) | |
| Defendants. ) ) | |

| | |
|---|---|
| KONINKLIJKE KPN N.V., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-86-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED** |
| GEMALTO IOT LLC, GEMALTO M2M GMBH, and GEMALTO INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| KONINKLIJKE KPN N.V., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-87-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED** |
| KYOCERA CORPORATION and KYOCERA INTERNATIONAL, INC., | )<br>)<br>) |
| Defendants. | )<br>) |
| KONINKLIJKE KPN N.V., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-88-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED** |
| NEC CORPORATION and NEC CORPORATION OF AMERICA, | )<br>)<br>) |
| Defendants. | )<br>) |
| KONINKLIJKE KPN N.V., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-90-LPS-CJB<br>)<br>) **JURY TRIAL DEMANDED** |
| SIERRA WIRELESS, INC. and SIERRA WIRELESS AMERICA, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

| | |
|---|---|
| KONINKLIJKE KPN N.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) C.A. No. 17-91-LPS-CJB <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> TCL COMMUNICATION, INC., TCL ) <br> COMMUNICATION TECHNOLOGY HOLDING ) <br> LIMITED, TCT MOBILE, INC., TCT MOBILE ) <br> (US) INC., and TCT MOBILE (US) HOLDINGS, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) <br> KONINKLIJKE KPN N.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) C.A. No. 17-92-LPS-CJB <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> TELIT WIRELESS SOLUTIONS, INC., ) <br> ) <br> Defendant. ) | |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS THAT U.S. PATENT NO. 6,212,662 IS INVALID UNDER 35 U.S.C. § 101

Pursuant to Fed. R. Civ. P. 12(c), Defendants BlackBerry Limited, BlackBerry Corporation, Lenovo Holding Co., Inc., Lenovo (United States) Inc., Gemalto IOT LLC, Gemalto M2M GmbH, Gemalto Inc., Kyocera Corporation, Kyocera International, Inc., LG Electronics Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc., NEC Corporation, NEC Corporation of America, Sierra Wireless, Inc., Sierra Wireless America, Inc., TCL Communication, Inc., TCL Communication Technology Holding Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., TCT Mobile (US) Holdings, Inc., and Telit Wireless Solutions, Inc. (collectively "Defendants") respectfully move for judgment on the pleadings that claims 1-4 of U.S. Patent No. 6,212,662 are invalid under 35 U.S.C. § 101 as patent-ineligible. The grounds for this motion are set forth in Defendants' Opening Brief, submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | MORGAN, LEWIS & BOCKIUS LLP |
| Eric Kraeutler<br>John V. Gorman<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel:  (215) 963-5000<br><br>Robert C. Bertin<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue N.W.<br>Washington, DC 2004-2541<br>Tel:  (202) 739-3000 | By: */s/ Amy M. Dudash*<br>     Colm F. Connolly (#3151)<br>     Amy M. Dudash (#5741)<br>     The Nemours Building<br>     1007 North Orange Street, Suite 501<br>     Wilmington, DE  19801<br>     Tel:  (302) 574-3000<br>     colm.connolly@morganlewis.com<br>     amy.dudash@morganlewis.com<br><br>*Attorneys for Defendants BlackBerry Limited and BlackBerry Corporation* |
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Jonathan E. Retsky<br>Kathleen B. Barry<br>James Winn<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>Tel:  (312) 558-5600<br><br>Andrew R. Sommer<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C.  20006-3817<br>Tel:  (202) 282-5000 | By: */s/ Jack B. Blumenfeld*<br>     Jack B. Blumenfeld (#1014)<br>     1201 North Market Street<br>     P.O. Box 1347<br>     Wilmington, DE  19899<br>     Tel:  (302) 658-9200<br>     jblumenfeld@mnat.com<br><br>*Attorneys for Defendants Lenovo Holding Co., Inc., and Lenovo (United States) Inc.* |

| | |
|---|---|
| OF COUNSEL:<br><br>Peter H. Kang<br>Ashish Nagdev<br>Jinyung Lee<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road, Building 1<br>Palo Alto, CA 94304<br>Tel:  (650) 565-7000<br><br>Ryan M. Sandrock<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, California  94104<br>Tel:  (415) 772-1200 | MORRIS NICHOLS ARSHT & TUNNELL<br><br>By: */s/ Rodger D. Smith*<br>    Rodger D. Smith (#3778)<br>    1201 North Market Street, 16th Floor<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    Tel:  (302) 351-9205<br>    rsmith@mnat.com<br><br>*Attorneys for Defendants LG Electronics Inc.,*<br>*LG Electronics U.S.A., Inc., and LG*<br>*Electronics MobileComm U.S.A., Inc.* |
| OF COUNSEL:<br><br>Brian A. Rosenthal<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Tel:  (212) 351-4000<br><br>Colby A. Davis<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Tel:  (213) 229-7000<br><br>Brian K. Andrea<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC  20036-5306<br>Tel:  (202) 955-8500 | POTTER ANDERSON & CORROON LLP<br><br>By:   */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Defendants Gemalto IOT LLC,*<br>*Gemalto M2M GmbH, and Gemalto Inc.* |

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| David L. Witcoff<br>Marc S. Blackman<br>Thomas W. Ritchie<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Tel: (312)782-3939 | By: */s/ Stephen J. Kraftschik*<br>    Mary B. Graham (#2256)<br>    Stephen J. Kraftschik (#5623)<br>    1201 N. Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    Tel: (302) 658-9200<br>    mgraham@mnat.com<br>    skraftschik@mnat.com<br><br>*Attorneys for Defendants Kyocera Corporation and Kyocera International, Inc.* |
| OF COUNSEL: | ASHBY & GEDDES |
| Stuart W. Yothers<br>Kevin V. McCarthy<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281-1047<br>Tel: (212) 326-3939<br><br>Maxwell A. Fox<br>JONES DAY<br>Kamiyacho Prime Place<br>1-17, Toranomon 4-Chome<br>Minato-Ku, Tokyo 105-0001, Japan<br>Tel: +81.3.6800.1876 | By: */s/ Steven J. Balick*<br>    Steven J. Balick (#2114)<br>    Andrew C. Mayo (#5207)<br>    500 Delaware Avenue, 8th Floor<br>    P.O. Box 1150<br>    Wilmington, DE 19899<br>    Tel: (302) 654-1888<br>    sbalick@ashby-geddes.com<br>    amayo@ashby-geddes.com<br><br>*Attorneys for Defendants NEC Corporation and NEC Corporation of America* |

4

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Adam Alper<br>Eric Cheng<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Tel:  (415) 439-1400<br><br>Michael W. De Vries<br>Robert Taylor<br>KIRKLAND & ELLIS LLP<br>333 S. Hope Street<br>Los Angeles, CA 90071<br>Tel:  (213) 680-8400 | By:  */s/ Jack B. Blumenfeld*<br>      Jack B. Blumenfeld (#1014)<br>      Jeremy A. Tigan (#5239)<br>      1201 North Market Street<br>      P.O. Box 1347<br>      Wilmington, DE  19899<br>      Tel:  (302) 658-9200<br>      jblumenfeld@mnat.com<br>      jtigan@mnat.com<br><br>*Attorneys for Defendants Sierra Wireless, Inc. and Sierra Wireless America, Inc.* |
| OF COUNSEL: | MORGAN, LEWIS & BOCKIUS LLP |
| William P. Quinn, Jr.<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br><br>Bradford A. Cangro<br>Hang Zheng<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>Tel:  (202) 739-3000 | By:  */s/ Jody C. Barillare*<br>      Jody C. Barillare (#5107)<br>      The Nemours Building<br>      1007 N. Orange Street, Suite 501<br>      Wilmington, DE 19801<br>      Tel:  (302) 547-3000<br>      jody.barillare@morganlewis.com<br><br>*Attorneys for Defendants TCL Communication, Inc., TCL Communication Technology Holding Limited, TCT Mobile, Inc., TCT Mobile (US) Inc., and TCT Mobile (US) Holdings, Inc.* |

| | |
|---|---|
| OF COUNSEL:<br><br>David A. Loewenstein<br>Guy Yonay<br>Clyde A. Shuman<br>PEARL COHEN ZEDEK LATZER BARATZ LLP<br>1500 Broadway, 12th Floor<br>New York, NY 10036<br>Tel:  (646) 878-0800 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By: */s/ Jack B. Blumenfeld*<br>    Jack B. Blumenfeld (#1014)<br>    Rodger D. Smith (#3778)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE  19899<br>    Tel:  (302) 658-9200<br>    jblumenfeld@mnat.com<br>    rsmith@mnat.com<br><br>*Attorneys for Defendant Telit Wireless Solutions, Inc.* |

Dated:  August 16, 2017
5367346 / 43915

6